UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

CIVIL ACTION NO.: 2:18-CV-38-JAW

Infinity Real Estate, LLC,
        Plaintiff

v.

Deutsche Bank National Trust Company,
as Trustee for RBSGC 2007-B,
        Defendant.

## CORPORATE DISCLOSURE STATEMENT

Defendant, Deutsche Bank National Trust Company, as trustee for RBSGC 2007-B, makes the following disclosure, pursuant to Fed. R. Civ. P. 7.1: No publicly-traded entity owns more than 10% of the stock of Deutsche Bank National Trust Company.

        By its attorneys,

        /s/ Robert L. Ciociola
        Robert L. Ciociola, Maine Bar# 009010
        Litchfield Cavo, LLP
        6 Kimball Lane, Suite 200
        Lynnfield, MA 01940
        (781) 309-1500 Tel
        (781) 246-0167 Fax

Dated: February 2, 2018

## CERTIFICATE OF SERVICE

      I hereby certify that on February 2, 2018 I electronically filed this document with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to counsel of record for plaintiff.

/s/  Robert L. Ciociola
Robert L. Ciociola