STATE OF MAINE                                    SUPERIOR COURT
YORK, ss.                                         Docket No. RE-17-_10_7_

Infinity Real Estate, LLC,

    Plaintiff,

v.                                                AFFIDAVIT OF BRUCE W. HEPLER
                                                  IN SUPPORT OF
                                                  MOTION FOR ENTRY OF
Deutsche Bank National Trust Company,             DEFAULT JUDGMENT
as Trustee for RBSGC 2007-B,

    Defendant

I, Bruce Hepler, being duly sworn, depose and state as follows:

1. I am an attorney at law, duly licensed to practice law in the State of Maine, and I am the attorney for Infinity Real Estate, LLC. Each of the matters in this affidavit is based on my own personal knowledge.

2. On October 27, 2017 and November 2, 2017, I sent emails to Santo Longo, the prior attorney for the Defendant, asking if he would accept service on behalf of his client.

3. On November 4, 2017, I finished preparing the Complaint on behalf of Plaintiff Infinity Real Estate, LLC in this action and mailed it to the court. The Complaint requests the court order specific performance of a Purchase and Sale Agreement that the Defendant admits it has breached.

4. On November 6, 2017, Attorney Longo requested that I provide him with a copy of the Complaint. Accordingly, I emailed him a courtesy copy of the Complaint.

5. In addition, I again asked if he would accept service, and Attorney Longo stated that he would not do so.

6. I asked if he would at least provide me with the courtesy of identifying the agent for service of process for his client, but Attorney Longo would not provide me with such information.

YORK COUNTY SUPERIOR
JAN 25 '18 AM 11:16

1

7. On November 7, 2017, Attorney Longo made a filing with the York District Court, RE-10-98 Deutsche Bank National Trust Company as Trustee for RBSGC 2007-B v. Rotondo (the "Rotondo Lawsuit"), to expand that action to include several additional parties, including my clients Infinity Real Estate, LLC and its principal Aaron Additon as additional defendants in that lawsuit. In his filing in the Rotondo Lawsuit, Attorney Longo relied on the fact that this lawsuit had just been filed on November 4, 2017.

8. Although the Maine secretary of state records do not list an entity with the exact same name as the Defendant in this action, there is an entity with a very similar name, and its registered agent is CT Corporation System. Believing that they were likely the same entity, I had the sheriff serve CT Corporation. When I got the return of service back, I filed it with this Court. However, I later got a letter from CT Corporation claiming that the service was ineffectual.

9. On or about, November 21, 2017, Daniella Massimilla entered her appearance in the Rotondo Lawsuit for Deutsche Bank National Trust and Attorney Longo then withdrew his representation. Attorney Massimilla stated that she would also be representing the Defendant in this lawsuit.

10. Thereafter, I asked Attorney Massimilla if she would accept service on behalf of her client and she stated that she would not cooperate.

11. I further asked her if she could identify an agent for service of process of her client, and again, she would not cooperate.

12. On December 14, 2017, I provided Attorney Massimilla with a courtesy copy of the Complaint.

13. On December 21, 2017, I told Attorney Massimilla that it appeared to be a violation of Maine law for her client to have instituted the Rotondo Lawsuit and joined my clients without her client being authorized to do business in Maine and without having an agent for service of process. See 13-C M.R.S.A. § 1502.

14. On December 22, 2017, I sent correspondence and the complaint to Deutsche Bank National Trust Company, as Trustee for RBSGC 2007-B, certified mail, return receipt requested in compliance with 5 M.R.S.A. § 113(2). See Exhibit A attached hereto.

15. The correspondence and complaint were signed for by the Defendant by a person with an illegible name. See Exhibit A attached hereto.

16. It appears that the correspondence was received by the Defendant on December 27, 2017, but in any event, the statute provides that service is deemed completed five days after mailing. 5 M.R.S.A. § 113(2)(C).

17. An answer to the complaint was due by January 16, 2018, but the Defendant has yet to respond to the Complaint.

18. Therefore, we are filing the Motion for Entry of a Default Judgment.

19. The Defendant is not a minor, incompetent person, nor a person in the military service.

20. The Complaint is not for a sum certain. Rather, it is for specific performance of a purchase and sale agreement.

DATED: January 22, 2018

_____
Bruce W. Hepler

STATE OF MAINE
Cumberland, SS.                                  January 22, 2018

    Personally appeared the above-named BRUCE HEPLER and made oath that the foregoing statements by him are true to his own personal knowledge or upon information and belief, and as to those matters based upon information and belief, he believes such information to be true.

Before me,

_____
Notary Public/Attorney at Law
My Commission Expires: 12/13/22

KATIE T. MCKENZIE
Notary Public - Maine
My Commission Expires
December 13, 2022



**EXHIBIT A**

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Deutsche Bank Nat'l Trust Co as
Trustee for RBSGC 2007-B
3476 Stateview Blvd
Fort Mill, SC 29715

9590 9402 2591 6336 1949 55

7017 2680 0000 5498 5806

PS Form 3811, July 2015 PSN 7530-02-000-9053

## COMPLETE THIS SECTION ON DELIVERY

A. Signature
 X [signature] □ Agent □ Addressee
B. Received by (Printed Name) / Date of Delivery
D. Is delivery address different from item 1? □ Yes
   If YES, enter delivery address below: □ No

3. Service Type
   □ Adult Signature
   □ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   □ Certified Mail Restricted Delivery
   □ Collect on Delivery
   □ Collect on Delivery Restricted Delivery
   □ Insured Mail
   □ Insured Mail Restricted Delivery (over $500)
   □ Priority Mail Express®
   □ Registered Mail™
   □ Registered Mail Restricted Delivery
   □ Return Receipt for Merchandise
   □ Signature Confirmation™
   □ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee $3.35    0104
$                            28
Extra Services & Fees (check box, add fee as appropriate)
□ Return Receipt (hardcopy)    $2.75
□ Return Receipt (electronic)  $0.00
□ Certified Mail Restricted Delivery $0.00
□ Adult Signature Required     $0.00
□ Adult Signature Restricted Delivery $
Postage  $0.49
          Postmark Here  12/22/2017
Total Postage and Fees
$  $6.59
Sent To
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

7017 2680 0000 5498 5806

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

---

```
==========================================
            DOWNTOWN STATION
       400 CONGRESS ST STE 9998
              PORTLAND
                ME
             04101-3545
         2269060104
12/22/2017   (800)275-8777  10:29 AM
==========================================
Product            Sale     Final
Description        Qty      Price
First-Class          1      $0.49
Mail
Letter
  (Domestic)
  (FORT MILL, SC 29715)
  (Weight:0 Lb 0.80 Oz)
  (Estimated Delivery Date)
  (Tuesday 12/26/2017)
Certified            1      $3.35
  (@@USPS Certified Mail #)
  (70172680000054985806)
Return               1      $2.75
Receipt
  (@@USPS Return Receipt #)
  (95909402259163361949 55)

Total                       $6.59

Credit Card Remitd          $6.59
  (Card Name:MasterCard)
  (Account #:XXXXXXXXXXXX8840)
  (Approval #:00586C)
  (Transaction #:296)

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit USPS.com
USPS Tracking or call 1-800-222-1811.

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

*******************************************
BRIGHTEN SOMEONE'S MAILBOX. Greeting
cards available for purchase at select
Post Offices.
*******************************************

Order stamps at usps.com/shop or call
```